1 NANCI L. CLARENCE SBN 122286
SHANEEDA JAFFER, SBN 253449
2 CLARENCE & DYER LLP
899 Ellis Street
3 San Francisco, CA 94109
Telephone: (415) 749-1800
4 Facsimile: (415) 749-1694
Email: nclarence@clarencedyer.com
5        sjaffer@clarencedyer.com

6 Attorneys for Defendant Hyacinth Udeh

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12 UNITED STATES OF AMERICA                 Case No.: CR-10-00422-CW

13              vs.                          **NOTICE OF APPEARANCE OF COUNSEL**

14 HYACINTH UDEH,

15           Defendants.

16

17     Defendant Hyacinth Udeh hereby gives notice that Shaneeda Jaffer of Clarence & Dyer LLP has

18 been added as counsel for the defendant Udeh, along with Nanci Clarence.  Please add Ms. Jaffer to the

19 Electronic Case Filing service list for this matter.  Ms. Jaffer's email address is listed in the caption

20 above.

21 Dated:  July 14, 2010                     CLARENCE & DYER LLP
22                                           /s/: Nanci L. Clarence
                                             NANCI L. CLARENCE
23                                           SHANEEDA JAFFER
                                             CLARENCE & DYER
24                                           Attorneys for Defendant, Hyacinth Udeh

25

Notice of Appearance of Counsel
*U.S. v. Hyacinth Udeh, case no.: CR-10-00422-CW*

**Proof of Service**

1

2          I, Abbie Chin, declare as follows:

3          I am over eighteen years of age and not a party to the within action;  my business address is 899

4   Ellis Street, San Francisco, California 94109;  I am employed in the County of San Francisco.

5          On July 14, 2010, I served a copy, with all exhibits, of the following documents:

6     • NOTICE OF APPEARANCE OF COUNSEL

7   _____  (BY FAX)  By transmitting by facsimile machine to the number addressed as below;  the
    facsimile machine I used complied with California Rules of Court, rule 2003 and no error was reported
8   by the machine.  Pursuant to California Rules of Court, rule 2006(d), I caused the machine to print a
    transmission record of the transmission.
9

10
    ___X___  (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746,
11  Local Rules or General Orders of this Court regarding Electronic Case Filing.  All pleadings and papers
    must be electronically served in accordance with those Rules or General Orders with email address(es)
12  as noted below:

13  Deborah R. Douglas                              deborah.r.douglas@usdoj.gov,
    rawaty.yim@usdoj.gov
14
    Ethan A. Balogh                                 eab@colemanbalogh.com,
15  jay@colemanbalogh.com

16
    Ian Gregory Loveseth                            ianglov007@sbcglobal.net,
17  henryschaefer8@yahoo.com

18  Nanci L. Clarence                               nclarence@clarencedyer.com,
    achin@clarencedyer.com, adoust@clarencedyer.com
19
    Nina Wilder                            ninawilder@aol.com,
20  littlredhd@aol.com, nina@weinberg-wilder.com

21  Walter K. Pyle                                  walt@wfkplaw.com

22         I declare under penalty of perjury under the laws of the state of California that the foregoing is
    true and correct and that this declaration was executed on the above stated date.
23

24                                                  /s/: Abbie Chin
                                                    Abbie Chin
25

Notice of Appearance of Counsel
*U.S. v. Hyacinth Udeh, case no.: CR-10-00422-CW*